UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| VESTER JOHNSON, Plaintiff | CIVIL DOCKET NO. 1:19-CV-1010-P |
| VERSUS | JUDGE DRELL |
| TAYLOR TOWNSEND, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's claims are DENIED and DISMISSED under § 1915A, with prejudice to being asserted again until the conditions set forth in Heck v. Humphrey, 512 U.S. 477 (1994), have been met. See DeLeon v. City of Corpus Christi, 488 F.3d 649, 657 (5th Cir. 2007).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 3rd day of December, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE